IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PENSACOLA FIREFIGHTERS' RELIEF
PENSION FUND BOARD OF TRUSTEES,**

      Plaintiff,

v.                                                      Case No. 3:09cv53/MCR/MD

**MERRILL LYNCH PIERCE FENNER
& SMITH, INCORPORATED,**

      Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 7, 2011. (Doc. 235) Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation and the record, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED that Intervenors' motion for protective order (doc. 192) is GRANTED.

The parties are required to submit a joint report on the status of this case within fourteen (14) days to determine further scheduling needs.

DONE AND ORDERED this 10th day of August, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**